BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
180 Montgomery Street, Suite 940
San Francisco, CA 94104
415-986-1338
415-986-1231 facsimile

Attorneys for Plaintiff
Amit Mujumdar



IT IS SO ORDERED
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT MUJUMDAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LAZARD FRERES & CO. LLC, a New York corporation,<br><br>　　　　　Defendant. | Case No.: CV 09 0935 (VRW)<br><br>**NOTICE OF DISMISSAL** |

　　　Plaintiff filed this action under the good faith believe that the court had diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. After filing this action, counsel for Defendant Lazard Freres & Co. LLC notified Plaintiff that the court lacked subject matter jurisdiction because the parties were not diverse. Accordingly, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Amit Mujumdar requests dismissal without prejudice of this entire action due to lack of subject matter jurisdiction. No court order is required for this dismissal because Defendant has not served an answer or filed a motion for summary judgment. Fed. Rule Civ. Proc. 41(a)(1)(i).

///
///
///
///

| | |
|---|---|
| 1 | BROWNSTEIN THOMAS, LLP |
| 2  DATED: March 30, 2009 | *[signature]* |
| 3 | MARK C. THOMAS |
| 4 | Attorneys for Plaintiff<br>Amit Mujumdar |

NOTICE OF DISMISSAL - 2